Breniman, Appellant, *v.* G. A. Stiles Company.

Argued November 14, 1952; reargued April 14, 1953. Before RHODES, P. J., HIRT, RENO, DITHRICH, ROSS, GUNTHER and WRIGHT, JJ.

*H. Ray Pope, Jr.,* for appellant.

*Robert M. Dale,* with him *Paul H. Ferguson,* for appellees.

PER CURIAM, July 13, 1953:
The six judges of this Court being equally divided the judgment of the court below is affirmed.